No. 203. CLAIMANTS FOR BENEFITS UNDER THE MICHI-GAN UNEMPLOYMENT COMPENSATION ACT *v.* CHRYSLER CORPORATION ET AL. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Michigan denied. MR. JUSTICE ROBERTS and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Lee Pressman* for petitioners. *Messrs. Harry C. Bulkley, John G. Garlinghouse,* and *Nicholas Kelley* for respondents.

No. 270. EACHO, TRUSTEE, *v.* STONE, TRUSTEE, ET AL. October 12, 1942. The motion to consider the petition for writ of certiorari upon appendices to the brief in the Circuit Court of Appeals is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. Hugh Rudd* for petitioner. *Mr. Nathan Bilder* for respondents.